UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 2 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>CLAUDIO CENTENO-NIETO,<br><br>                Defendant. | CASE NO. 13CR2750-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: November 7, 2013

_____
David H. Bartick
U.S. Magistrate Judge